UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV197 TIA |
| ) | |
| V. LEROY YOUNG, M.D., ) | |
| ROBERT CENTENO, M.D., ) | |
| C.B. BOSWELL, M.D., and ) | |
| AESTHETIC SURGERY ASSOCIATES, ) | |
| d/b/a BODY ASTHETIC PLASTIC SURGERY ) | |
| & SKIN CARE CENTER, INC., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**
**OF UNITED STATES MAGISTRATE JUDGE**

This cause is before the Court on Plaintiff's Bill of Costs (Docket No. 156). Defendants have filed opposition thereto. All matters are pending before the undersigned United States Magistrate Judge, with the consent of the parties, pursuant to 28 U.S.C. § 636(c).

Plaintiff submitted a Bill of Costs seeking costs in the amount of $8,707.69. Defendants object to Plaintiff's submission regarding court reporting fees for deposition transcripts in the amount of $7,757.69 inasmuch as Plaintiff seeks to recover fees for postage and handling, shipping and/or courier service. Such costs are not properly taxable. Smith v. Tenet Healthsystem SL, Inc., 436 F.3d 879 (8th Cir. 2006) ("28 U.S.C. § 1920 does not authorize taxing a party for postage and delivery expenses."); B.W.A. v. Farmington R-7 Sch. Dist., Cause No. 4:06cv1691JCH, Docket No. 50 at p. 3 (March 17, 2009). Because these expenses are not recoverable, Plaintiff's Bill of Costs will be reduced by $163.45, the amount of the various charges for postage and handling, shipping and/or

courier service.

**IT IS HEREBY ORDERED** that the costs are taxed against Defendants in the amount of $8,544.24 as set forth in Plaintiff's bill of Costs (Docket No. 156) .

/s/Terry I. Adelman<br>UNITED STATES MAGISTRATE JUDGE

Dated this  9th   day of September, 2010.